THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GAMALIER GONZÁLEZ-MALDONADO,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

**Civil No. 22-1335 (ADC)**
**[Related to Crim. No. 14-756-08 (ADC)]**

## MEMORANDUM AND ORDER

Absent objections, upon review of the Magistrate Judge's well-reasoned Report and Recommendation at **ECF No. 19** ("R&R"), and upon consideration of all pleadings on record, the R&R is hereby fully **ADOPTED** as it pertains to the factual and legal determinations. *See M. v. Falmouth School Department*, 847 F.3d 19, 25 (1st Cir. 2017) ("Absent objection ... a district court has a right to assume that the affected party agrees to the magistrate's recommendation.") (cleaned up); *see also Roy v. Hanks*, No. 22-1302, 2023 WL 3166353, at *1 (1st Cir. Mar. 6, 2023) ("Only those issues fairly raised by… objections to the magistrate's report are subject to review in the district court….") (quoting *Falmouth*); *United States v. Maldonado-Pena*, 4 F.4th 1, 20 (1st Cir. 2021) ("[W]hen, as here, a party fails to file an objection to an R&R, the party has waived any [appellate] review of the district court's decision.") (citing *United States v. Díaz-Rosado*, 857 F.3d 89, 94 (1st Cir. 2017)).

Accordingly, having performed a review of the whole record, the Court hereby **DENIES** petitioner Gamalier González-Maldonado's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 at **ECF No. 1**, as per the Magistrate Judge's recommendation. The Clerk of Court shall enter Judgment accordingly.

**SO ORDERED**.

At San Juan, Puerto Rico, on this 8th day of July 2025.

**S/AIDA M. DELGADO-COLÓN**
**United States District Judge**